

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE: WALMART, INC. AND WAL-MART STORES TEXAS, LLC, | § | No. 08-20-00191-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

## O R D E R

The Court has considered Relators' petition for writ of mandamus and is of the opinion that the case should be set for submission with oral argument. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. See Tex.R.App.P. 39.8

IT IS SO ORDERED this 16th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.